■ DOROTHY BARRY et al., Respondents, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., Defendant, and Third-Party Plaintiff-Appellant. VILLAGE OF KENMORE, Third-Party Defendant-Respondent.— Order unanimously affirmed, without costs upon the opinion at Special Term. (Appeal from order of Erie Special Term dismissing third-party complaint in negligence action.) (Present — Del Vecchio, J. P., Marsh, Cardamone, Simons and Henry, JJ. [76 Misc 2d 316.]